## WHITE v. KIRK et al.
### No. 4017.

Court of Civil Appeals of Texas. El Paso.
Jan. 23, 1941.

W. A. Hadden, of Fort Stockton, and Floyd Jones, of Breckenridge, for appellant.

Johnson & Crumpton, of Fort Stockton, for appellees.

WALTHALL, Justice.

No briefs have been filed in this court by either party. There is nothing to review.

The appeal is dismissed.